**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kerlyn Severiano<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9007<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22060–VFP | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kerlyn Severiano

9/27/19                                          **By the court:** Vincent F. Papalia
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22060-VFP
Kerlyn Severiano                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 27, 2019
                              Form ID: 318             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db             +Kerlyn Severiano,    101 Jewel Street,    Garfield, NJ 07026-3780
518306343       Bank Of America,    PO Box 15019,    Paterson, NJ 07501
518306345      +Bridges and Tunnels,    PO Box 15183,    Albany, NY 12212-5183
518306346      +Brown & Joseph,    One Pierce Place,    Suite 1225W.,    Itasca, IL 60143-1218
518306350      +City of Lawrence,    C/O D.P. Kelley Deputy,    PO Box 203,    Milford, MA 01757-0203
518306352      +Commonwealth of Massachusetts,    EZ DriveMA Payment Center,    PO Box 847840,
                 Boston, MA 02284-7840
518306355     #+Deyaneira Constanzo,    101 Jewel Street,    Garfield, NJ 07026-3780
518306356       E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306366      +Garfield City Municipal Court,    111 Outwater Lane,    Garfield, NJ 07026-2694
518306367      +Hitachi Capital America Corp.,    800 Connecticut Ave,    Norwalk, CT 06854-1738
518306369      +Mohela Department of Education,    PO Box 105347,    Atlanta, GA 30348-5347
518306384      +NYC Department of Finance,    3030 3rd Ave,    Bronx, NY 10455-1201
518306370      +National Grid,    PO Box 11737,    Newark, NJ 07101-4737
518306371       New York City Finance Parking Violation,    Church Street Station,    PO Box 3600,
                 New York, NY 10008-3600
518306385      +Office Administative Trials & Hearing,    31-00 47th Avenue 3rd Floor,
                 Long Island City, NY 11101-3010
518306387      +Progressive Commercial,    10 Northfiled Ave.,    West Orange, NJ 07052-5305
518306388      +The Commonwealth of Massachusetts,    PO Box 263,    Milford, MA 01757-0263
518306391      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518306347      +EDI: CAPITALONE.COM Sep 28 2019 03:33:00     Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
518306349       EDI: CITICORP.COM Sep 28 2019 03:33:00     Citi Cards,   Processing Center,
                 Des Moines, IA 50363-0005
518306351      +E-mail/PDF: cmabankruptcy@nisource.com Sep 28 2019 00:01:48     Columbia Gas of Massachusetts,
                 PO Box 742514,   Cincinnati, OH 45274-2514
518306353      +EDI: CCS.COM Sep 28 2019 03:28:00     Credit Collection Services,   C/O Commerce Insurance,
                 725 Canton Street,    Norwood, MA 02062-2679
518306354       EDI: RCSFNBMARIN.COM Sep 28 2019 03:33:00     Credit One Bank,   PO Box 98878,
                 Las Vegas, NV 89193-8878
518306354       E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2019 23:50:36     Credit One Bank,
                 PO Box 98878,   Las Vegas, NV 89193-8878
518306365       E-mail/Text: BANKRUPT@EASTERNBK.COM Sep 27 2019 23:57:27     Eastern Bank,   One Eastern Place,
                 Lynn, MA 01901
518306368      +EDI: CCS.COM Sep 28 2019 03:28:00     L & M Radiology,   C/O Credit Collection Services,
                 725 Canton Street,    Norwood, MA 02062-2679
518306372      +E-mail/Text: Jerry.Bogar@conduent.com Sep 27 2019 23:58:02     NJ E-Z Pass,   PO Box 4971,
                 Trenton, NJ 08650-4971
518306389       EDI: TFSR.COM Sep 28 2019 03:28:00     Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197
518306390       EDI: TFSR.COM Sep 28 2019 03:28:00     Toyota Motor Credit,   4 Gatehall Dr.,
                 Parsippany, NJ 07054
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518306344       Berkley Assigned Risk Service
518306348       CBNA
518306386       Online Collections
518306358*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306359*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306360*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306361*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306362*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306363*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306364*      E-Z Pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306357*      E-Z pass NY,    PO Box 15185,    Albany, NY 12212-5185
518306373*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306374*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306375*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306376*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306377*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306378*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306379*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306380*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306381*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518306382*     +NJ E-Z Pass,    PO Box 4971,    Trenton, NJ 08650-4971
```

```
District/off: 0312-2            User: admin                 Page 2 of 2           Date Rcvd: Sep 27, 2019
                                Form ID: 318                Total Noticed: 30


            ***** BYPASSED RECIPIENTS (continued) *****
518306383*      +NJ E-Z Pass,   PO Box 4971,    Trenton, NJ 08650-4971
518306392*      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518306393*      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518306394*      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518306395*      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518306396*      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
                                                                                          TOTALS: 3, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Wayne Allen Keller    on behalf of Debtor Kerlyn  Severiano wayneakeller@optonline.net,
               wayneakeller@optonline.net;guardianangels_05@yahoo.com
                                                                                             TOTAL: 6
```