US BKPT CT NJ NEWARK
50 Walnut St # 3017
Newark, New Jersey 07102

11/14/2025

To Whom It May Concern:

I was looking over my credit report recently and found a bankruptcy reporting. I am requesting you verify the accuracy of this entry as it is a public record item and should be on my personal credit report. If verification is not possible, the entry must be removed immediately.

- US BKPT CT NJ NEWARK (1922060VFP) reported by all 3 credit bureaus

Please investigate this matter and delete the disputed item as soon as possible. I am requesting this letter become part of my file.

Kerlyn Severino
101 Jewell St
Apt 1R
Garfield, New Jersey 07026

*[Filed stamp: U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2025 NOV 21 P 3:18 BY D. [signature] DEPUTY CLERK / JEANNE A. NAUGHTON]*

,O, Kerlyn
1-1 Jewell St, Apt 1R
Garfield, New Jersey 07026

TAMPA FL 335
18 NOV 2025 PM 3 L

US BKPT CT NJ NEWARK
50 Walnut St # 3017
Newark, New Jersey 07102

07102-350099

XRAYED



$0.780
US POSTAGE IMI
MEDIA MAIL
063S0011485640
FROM 34614
S99123.064