**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



❏ **401 Market Street**
**Camden, NJ 08101**
**(856) 361-2300**

❏ **50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-4764**

❏ **402 East State Street**
**Trenton, NJ 08608**
**(609) 858-9333**

TO: _____ (Case No. 19-22060)

FROM: Clerk's Office Staff

RE: Inquiry re: Credit Report/Credit Bureaus

DATE: _____

---

In response to your request for procedures by the U.S. Bankruptcy Court for verifying records with credit bureaus, please be guided as follows:

The U.S. Bankruptcy Court and credit bureaus are not affiliated in any manner and the Court is unaware of their processes and/or procedures for verifying, reporting, or removing information from a credit report.

In addition, the U.S. Bankruptcy Court does not report or verify information with credit bureaus. The credit bureaus have their own procedures for retrieving information from the public records of the Court and the Court has no knowledge in this regard.  Furthermore, credit bureaus do not contact the Court to verify bankruptcy filings.

The only entity that assigns, removes, or modifies information from a credit report is the credit bureau that applied it to said report.   The U.S. Bankruptcy Court has no authority in this regard.

Bankruptcy filings are public record by nature and can be verified by i) using the Voice Case Information System (VCIS) to obtain limited case information. To access this free service, call 866-222-8029 (toll free) and follow the prompts to search; ii) registering for a PACER Account at www.pacer.uscourts.gov; or iii) visiting one of the Clerk's Offices and using a public terminal.

You may find the location of each office, as well as additional information regarding the Court's hours and operations on our website at www.njb.uscourts.gov.

*rev.3/17/2025*